Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.    Attach additional pages if necessary.*

11th Circuit Docket Number: 26-12085

| Caption: | District and Division: Northern District of Alabama, Western Division |
|---|---|
| RIHANNA POINTER, GRANT STURDIVANT, TIMONI TAITE, JALEEL MATANMI, JERMAINE BALL, SARA BETH CADDELL, GABRIELLE GUNTER, and EMMY WAUGH | Name of Judge: Hon. Edmund G. LaCour, Jr. |

Plaintiffs,
v.

SCOTT PHELPS in his official capacity as President Pro Tempore University of Alabama Board of Trustees, MIKE BROCK, KAREN BROOKS, MYLA E. CALHOUN, ANGUS R. COOPER III, RONALD GRAY, JEFF GRONBERG, O.B. GRAYSON HALL, JR., BARABARA HUMPHREY, W. DAVIS MALONE III, EVELYN VANSANT MAULDINO, HARRIS MORRISSETTE, J. STEVEN ROY, KENNETH SIMON, KENNETH VANDERVOORT AND KAY IVEY, in their official capacities as members of the University of Alabama Board of Trustees

Defendants.

Nature of Suit: Civil

Date Complaint Filed: 03/23/2026
District Court Docket Number: 7:26-cv-476-EGL
Date Notice of Appeal Filed: 06/15/2026
☐ Cross Appeal    ☐ Class Action

Has this matter previously been before this court?
☐ Yes    ☑ No
If Yes, provide
(a)    Caption: _____
(b)    Citation: _____
(c)    Docket Number: _____

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | See Addendum | | |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | See Addendum | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☐ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff:<br>$_____ |
| ☐ Diversity | ☑ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant:<br>$_____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded:<br>$_____ |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | to _____ |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | Injunctions:<br>☐ TRO |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☑ Preliminary  ☐ Granted |
| | | ☑ Injunction | ☐ Permanent  ☑ Denied |
| | | ☐ Other _____ | |

Page 2                                                                    11th Circuit Docket Number: 26-12085 _____

Based on your present knowledge:

(1)    Does this appeal involve a question of First Impression?    ☐ Yes    ☑ No
       What is the issue you claim is one of First Impression? _____

(2)    Will the determination of this appeal turn on the interpretation or application of a particular case or statute?    ☐ Yes    ☑ No

       If Yes, provide
       (a)  Case Name/Statute _____
       (b)  Citation _____
       (c)  Docket Number if unreported _____

(3)    Is there any case now pending or about to be brought before this court or any other court or administrative agency that
       (a)  Arises from substantially the same case or controversy as this appeal?    ☐ Yes    ☑ No
       (b)  Involves an issue that is substantially the same, similar, or related to an issue in this appeal?    ☐ Yes    ☑ No

       If Yes, provide
       (a)  Case Name _____
       (b)  Citation _____
       (c)  Docket Number if unreported _____
       (d)  Court or Agency _____

(4)    Will this appeal involve a conflict of law
       (a)  Within the Eleventh Circuit?    ☐ Yes    ☑ No
       (b)  Among circuits?    ☐ Yes    ☑ No

       If Yes, explain briefly:

(5)    Issues proposed to be raised on appeal, including jurisdictional challenges:

       This interlocutory appeal from the district court's denial of plaintiffs' motion for preliminary injunction raises the following issues: (1) whether the University of Alabama's ("UA") student media enterprises are government speech; (2) whether UA's resources and funding for student media enterprises is the relevant forum for the purpose of the forum analysis; and (3) whether UA's suspension of two student-operated magazines and termination of the magazines' University funding constitutes impermissible content and/or viewpoint discrimination in violation of the First Amendment.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 25 _____ DAY OF June _____, 2026 _____.

Avatara A. Smith-Carrington
_____          *Avatara A. Smith-Carrington*
NAME OF COUNSEL (Print)                                  SIGNATURE OF COUNSEL

**ADDENDUM**

Avatara A. Smith-Carrington
Antonio L. Ingram II
Emahunn Campbell
Mide Odunsi
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
700 14th Street NW, Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
Fax: (202) 682-1312
acarrington@naacpldf.org
aingram@naacpldf.org
ecampbell@naacpldf.org
modunsi@naacpldf.org

Michael J. Tafelski
Sam Boyd
Diego A. Soto
Brock Boone
Arielle Hudson
SOUTHERN POVERTY LAW CENTER
403 Washington Ave
Montgomery, AL 36104
Tel: (334) 965-8200
Fax: (404) 221-5857
michael.tafelski@splcenter.org
sam.boyd@splcenter.org
diego.soto@splcenter.org
brock.boone@splcenter.org
arielle.hudson@splcenter.org

Paul Rand
ACLU OF ALABAMA
PO Box 6179
Montgomery, AL 36106
334-420-1756
prand@aclualabama.org

A1

Daniel A. Cantor
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
(202) 942-5000
daniel.cantor@arnoldporter.com

Pilar Martinez
ARNOLD & PORTER KAYE SCHOLER LLP
300 North Lasalle Drive, Suite 3500
Chicago, IL 60654
(312) 583-2475
pilar.martinez@arnoldporter.com

Allyson Myers
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 900017-5844
(213) 243-4000
ally.myers@arnoldporter.com

Ashley Gammell*
Ai-Li Chiong-Martinson*
ARNOLD & PORTER KAYE SCHOLER LLP
1420 5th Avenue, Suite 1400
Seattle, WA 98101
(206) 288-0110
ashley.gammell@arnoldporter.com
ai.li.chiong-martinson@arnoldporter.com

*Attorneys for Plaintiffs-Appellants*

Jay M. Ezelle (ASB-4744-Z72J)
Cole R. Gresham (ASB-8993-L74G)
Samuel A. Cochran (ASB-1354-R84D)
STARNES DAVIS FLORIE LLP

A2

100 Brookwood Place, 7th Floor
Birmingham, Alabama 35209
Tel: (205) 868-6000
Fax: (205)868-6099
jezelle@starneslaw.com
cgresham@starneslaw.com
scochran@starneslaw.com

*Attorneys for Defendants-Appellees*

A3